# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE, | 1:12-cv-605-MJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW REQUEST TO FILE AN AMENDED PLEADING |
| v. | |
| E. BORRERO, et al., | (ECF Nos. 21, 25, 27) |
| Defendants. | |

_____/

Plaintiff Darrell Dietle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 17.)

Plaintiff initiated this action on February 29, 2012. (ECF No. 1.) The Court has yet to screen Plaintiff's Complaint.

On June 11, 2012, Plaintiff filed a motion the Court construed as a motion to amend (ECF No. 21) and the Court granted the motion (ECF No. 25). On September 5, 2012, Plaintiff filed a document captioned as a "Motion to Stay with Original Filing." (ECF No. 27.) In his motion, Plaintiff states that he no longer wishes to file an amended complaint. (Id.) It appears that Plaintiff simply wishes to proceed on his initial pleading. The Court will treat this Motion as a motion to withdraw Plaintiff's request to file an amended pleading.

Plaintiff's request to withdraw his motion to file an amended pleading is GRANTED. Plaintiff will be allowed to proceed on the pleading currently on the docket and the Court will screen it in due course.

IT IS SO ORDERED.

Dated:   October 24, 2012         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE