# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE,<br><br>        Plaintiff,<br><br>    v.<br><br>E. BORRERO, et al.,<br><br>        Defendants. | CASE NO. 1:12-cv-00605-MJS PC<br><br>ORDER DENYING MOTION FOR A PRELIMINARY INJUNCTION<br><br>(ECF No. 23) |

Plaintiff Darrell Dietle ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 29, 2012. On August 6, 2012, Plaintiff filed a motion seeking a preliminary injunction requiring prison officials to provide him with certain medical devices. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 17.)

As a threshold matter, Plaintiff must establish that he has standing to seek preliminary injunctive relief. Summers v. Earth Island Institute, 555 U.S. 488, 493 (2009) (citation omitted); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010) (citation omitted). Plaintiff "must show that he is under threat of suffering an 'injury in fact' that is concrete and particularized; the threat must be actual and imminent, not conjectural or hypothetical; it must be fairly traceable to challenged conduct of the defendant; and it must be likely that a favorable judicial decision will prevent or redress the injury." Summers, 55 U.S. at 493 (citation omitted); Mayfield, 599 F.3d at 969.

The Eighth Amendment claim set forth in Plaintiff's Complaint arise from past events which occurred at Kern Valley State Prison from 2010 to 2012. Plaintiff is no longer incarcerated at Kern Valley State Prison. He is presently confined at High Dessert State Prison in Susanville, California. He has no action pending relating to his current conditions of confinement at High Dessert. Thus neither the pending action nor any other matter before this Court gives Plaintiff standing to seek relief from current conditions of confinement. To the extent Plaintiff wishes to seek such judicial relief, he will have to do so in a separate action.

Accordingly, the Court hereby ORDERS that Plaintiff's motion for a preliminary injunction (ECF No. 23) be DENIED.

IT IS SO ORDERED.

Dated:   January 29, 2013                       /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE