# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE, | 1:12-cv-0605-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR A STAY |
| v. | (ECF No. 31) |
| E. BORRERO, et al., | AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |
| Defendants. | |

Plaintiff Darrell Dietle ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on February 29, 2012. (ECF No. 1.) The Court screened Plaintiff's Complaint and dismissed it with leave to amend for failure to state a claim. (ECF No. 30.) Plaintiff was to file an amended complaint by June 6, 2013. (Id.) In lieu of filing an amended pleading Plaintiff filed a motion asking the Court to stay this action until Plaintiff is released from prison in December 2013. (ECF No. 31.)

Plaintiff asks to stay this action so that he can submit additional information that can be obtained only after his release. (ECF No. 31.) He wishes to obtain additional medical reports regarding injuries sustained as a result of defendants' actions. (Id.)

The United States Supreme Court has clearly indicated that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh

competing interests and maintain an even balance." <u>Landis v. North America Co.</u>, 299 U.S. 248, 254-55 (1936). In this regard, "the proponent of the stay bears the burden of establishing its need." <u>Clinton v. Jones</u>, 520 U.S. 681, 706 (1997). Plaintiff has not met that burden.

Plaintiff's action is still at the pleading stage. There is no reason for him to submit evidence in support of his claims at this time. Accordingly, this motion shall be denied without prejudice. If the case proceeds to the stage where evidence needs be presented, Plaintiff may move the Court for relief.

Accordingly, it is hereby **ORDERED** that Plaintiff's motion to stay the proceedings be **DENIED** without prejudice. Plaintiff is to file an amended complaint within **THIRTY (30) DAYS** of entry of this order.

IT IS SO ORDERED.

Dated:   July 25, 2013                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE