UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL DIETLE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. BORRERO, et al.,<br><br>    Defendants. | CASE No. 1:12-cv-00605-MJS<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 41) |

On March 5, 2014, Plaintiff Darrell Dietle filed a motion seeking dismissal of this action with prejudice.

At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id. However, the Court sees no reason that the dismissal should be with prejudice.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file,

1

without prejudice, pursuant to Plaintiff's motion seeking voluntary dismissal filed on March 5, 2014.

IT IS SO ORDERED.

Dated:   March 24, 2014              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE